# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Case No. 6:25-cv-00025-JKP |

## NOTICE OF APPEARANCE

Notice is hereby given that Michelle L. Marriott enters her appearance as counsel for Defendant ASUSTeK Computer Inc. in the above-referenced proceeding for the purpose of receiving notices from the Court. Ms. Marriott is currently admitted to practice in the United States District Court for the Western District of Texas. Ms. Marriott's contact information is as follows:

Michelle L. Marriott
Erise IP, P.A.
7015 College Boulevard, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Fax: (913) 777-5601
Kansas Bar Number: 21784
michelle.marriott@eriseip.com

Dated: February 18, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Michelle L. Marriott*
　　　　　　　　　　　　　　　　　　　　Michelle L. Marriott
　　　　　　　　　　　　　　　　　　　　KS Bar No. 21784
　　　　　　　　　　　　　　　　　　　　Email: michelle.marriott@eriseip.com
　　　　　　　　　　　　　　　　　　　　**ERISE IP, P.A.**
　　　　　　　　　　　　　　　　　　　　7015 College Blvd., Suite 700
　　　　　　　　　　　　　　　　　　　　Overland Park, Kansas 66211
　　　　　　　　　　　　　　　　　　　　Telephone: 913-777-5600; Fax 913-777-5601

## CERTIFICATE OF SERVICE

　　　Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on February 18, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/ Michelle L. Marriott*
　　　　　　　　　　　　　　　　　　　　Michelle L. Marriott