UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVV Technology Innovations Inc. ,

Plaintiff(s),

v.

ASUS Computer Inc. ,

Defendant(s).

Case No. 25-10828-~~XX~~ HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ORDER
**(CIVIL LOCAL RULE 11-3)**

I, /s/ Mark C. Lang , an active member in good standing of the bar of

Kansas , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: ASUS Computer Inc. in the

above-entitled action. My local co-counsel in this case is Phillip John Haack , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 262060 .

Erise IP
7015 College Blvd, Ste 700, Overland Park KS 66211

MY ADDRESS OF RECORD

548 Market St., Ste 36117, San Francisco, CA

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

913-777-5600

MY TELEPHONE # OF RECORD

415-360-2517

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mark.lang@eriseip.com

MY EMAIL ADDRESS OF RECORD

phaack@martonribera.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 26185 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/30/2026 _____

/s/ Mark C. Lang _____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Mark C. Lang_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/6/2026 _____

_Haywood S. Gill, Jr._

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

Updated 11/2021    2

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on December 13, 2013,

## Mark Christopher Lang

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 6th day of January, 2026.

Active Status

_____
*Clerk of the Supreme Court of Kansas*