UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC, <br><br> Defendant. | Case No.  25-cv-10828-HSG <br> 25-cv-10923-HSG <br> 25-cv-10925-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on March 24, 2026.  Having considered the parties' proposals, *see* Dkt. No. 93 (25-cv-10828), the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Serve infringement contentions and accompanying production <br><br> (Patent L.R. 3-1, 3-2) | April 10, 2026 |
| Deadline to add parties or amend pleadings | May 15, 2026 |
| Serve invalidity contentions and accompanying production <br><br> (Patent L.R. 3-3, 3-4) | May 22, 2026 |
| Notice of Advice of Counsel (Patent L.R. 3-7) | May 22, 2026 |
| Joint claim construction and prehearing statement (Patent L.R. 4-3) <br><br> Note: parties to provide adequate citation in statement to all previously filed and completed claim construction briefing | May 22, 2026 |
| Submission of Technology Tutorial, if any (Court's Patent Standing Order) | May 22, 2026 |

| Claim Construction Hearing (Patent L.R. 4-6) | June 5, 2026, at 10:00 a.m. |
|---|---|
| Damages contentions (Patent L.R. 3-8) | July 10, 2026 |
| Responsive damages contentions (Patent L.R. 3-9) | August 7, 2026 |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** Dkt. No. 93 (25-cv-10828), Dkt. No. 68 (25-cv-10923), and Dkt. No. 75 (25-cv-10925).

**IT IS SO ORDERED.**

Dated:   4/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2