**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SVV TECHNOLOGY INNOVATIONS INC., )
      Plaintiff, )
      vs. )
ASUSTEK COMPUTER INC., and ASUS )
COMPUTER INTERNATIONAL, INC. )
      Defendant. )

Case No. 4:25-cv-10828-HSG
Case No. 4:25-cv-10923-HSG
Case No. 4:25-cv-10925-HSG

**ORDER**

Before the Court is the parties' Stipulation for Thirty-Day Extension of Time for Defendants to Respond to Plaintiff's Amended Complaint.

The Court hereby grants the Stipulation proposed by the parties and ORDERS the deadline for Defendants to respond to Plaintiff's Amended Complaint as June 18, 2026.

DATED: 5/19/2026

Haywood S. Gilliam, Jr.
U.S. District Judge

1