# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., )<br>    Plaintiff, )<br><br>    vs. )<br><br>ASUSTEK COMPUTER INC., and ASUS )<br>COMPUTER INTERNATIONAL, INC. )<br><br>    Defendant. ) | Case No. 4:25-cv-10828-HSG<br>Case No. 4:25-cv-10923-HSG<br>Case No. 4:25-cv-10925-HSG<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Extend the Parties' filing of the L.P.R 4-3 disclosures from May 22, 2026 to May 27, 2026.

The Court hereby grants the Stipulation proposed by the parties and ORDERS the deadline for the parties to file their L.P.R 4-3 disclosures is May 27, 2026.

Dated:    5/26/2026

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

1
CASE NOS. 4:25-CV-10828, 10923, 10925-HSG