# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., ) Plaintiff, ) ) vs. ) ) ASUSTEK COMPUTER INC., and ASUS ) COMPUTER INTERNATIONAL, INC. ) ) Defendant. ) ) | Case No. 4:25-cv-10828-HSG<br>Case No. 4:25-cv-10923-HSG<br>Case No. 4:25-cv-10925-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING DATE**<br><br>**CIV. L. R. 6-2, 7-7, 7-12 (as modified)** |

Good cause appearing therefor, the Parties' Stipulated Request to Continue Hearing Date is hereby GRANTED.

The Claim Construction Hearing currently set for June 22, 2026, is CONTINUED to June 30, 2026 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 5/27/2026

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge