Nicolas S. Gikkas
nsg@gikkaslaw.com
**THE GIKKAS LAW FIRM, P.C.**
800 W. El Camino Real, Suite 180
Mountain View, California 94040
Telephone:  650-815-7085
Fax:  650-618-2600

Robert Katz (admitted *pro hac vice*)
rkatz@katzfirm.com
**KATZ PLLC**
8350 N. Central Expy, Ste 1900
Dallas, Texas 75206
Telephone:  214-865-8000
Fax:  888-231-5775

*Attorneys for Plaintiff*
*SVV Technology Innovations Inc.*

Phillip J. Haack
phaak@martonribera.com
**MARTON RIBERA SCHUMANN &
CHANG LLP**
548 Market St., Ste 36117
San Francisco, CA 94104
Telephone: 415-360-2511

Eric A. Buresh
eric.buresh@eriseip.com
Michelle L. Marriott
michelle.marriott@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Mark C. Lang
mark.lang@eriseip.com
Nickolas R. Apel
nick.apel@eriseip.com
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone:  913-777-5600
Fax: 913-777-5601

*Attorneys for Defendant*
*ASUSTeK Computer Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Case No.    4:25-cv-10828-HSG<br>4:25-cv-10923-HSG<br>4:25-cv-10925-HSG<br><br>**Patent L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

Plaintiff SVV Technology Innovations, Inc. ("SVV" or "Plaintiff") and Defendant ASUSTeK Computer Inc. ("ASUSTeK" or "Defendant") hereby provide this Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement regarding claim terms that the parties believe need to be construed by the Court.

**I.    COPIES OF THE ASSERTED PATENTS**

The asserted patents have been filed in the record. Pursuant to the Court's request, the parties identify below the asserted patents and their corresponding docket entries. Copies of the asserted patents appear at ECF Nos. 42-3 through 42-20.

| Document | ECF No. |
|---|---|
| United States Patent No. 8,740,397 ("the '397 Patent") | 42-3 |
| United States Patent No. 9,880,342 ("the '342 Patent") | 42-4 |
| United States Patent No. 10,439,088 ("the '088 Patent") | 42-5 |
| United States Patent No. 10,439,089 ("the '089 Patent") | 42-6 |
| United States Patent No. 10,613,306 ("the '306 Patent") | 42-7 |
| United States Patent No. 10,627,562 ("the '7562 Patent") | 42-8 |
| United States Patent No. 10,838,135 ("the '135 Patent") | 42-9 |
| United States Patent No. 10,962,197 ("the '197 Patent") | 42-10 |
| United States Patent No. 11,156,340 ("the '340 Patent") | 42-11 |
| United States Patent No. 11,194,085 ("the '085 Patent") | 42-12 |
| United States Patent No. 11,402,562 ("the '2562 Patent") | 42-13 |
| United States Patent No. 11,550,093 ("the '093 Patent") | 42-14 |
| United States Patent No. 11,616,157 ("the '157 Patent") | 42-15 |
| United States Patent No. 11,821,621 ("the '621 Patent") | 42-16 |
| United States Patent No. 11,846,794 ("the '794 Patent") | 42-17 |
| United States Patent No. 11,923,475 ("the '475 Patent") | 42-18 |
| United States Patent No. 12,159,951 ("the '951 Patent") | 42-19 |
| United States Patent No. RE49,630 ("the RE630 Patent") | 42-20 |

**II.**    **AGREED CONSTRUCTIONS (Patent L.R. 4-3(a))**

The parties' agreed constructions are contained in Exhibit A.

**III.**    **DISPUTED CONSTRUCTIONS (Patent L.R. 4-3(b))**

The parties' disputed constructions are contained in Exhibit B.

**IV.**    **MOST SIGNIFICANT DISPUTED CONSTRUCTIONS (Patent L.R. 4-3(c))**

**1.**    Claims as a whole – '197 Patent, '340 Patent, and '621 Patent

**2.**    Claims as a whole – '088 Patent, '089 Patent, '157 Patent, '475 Patent, '951 Patent, '306 Patent

**3.**    "randomized"; "randomized positions within the two-dimensional pattern"; "randomized two-dimensional pattern"; and "the two-dimensional pattern is random or quasi-random"

**4.**    "indirectly in contact with"

**5.**    "quantum dot"

**6.**    "band gap" / "bandgap"

**7.**    "configured to" / "configured for"

**8.**    "wherein [the] / [a] thickness of the [photoresponsive] / [active] layer is less than a minimum thickness sufficient for absorbing substantially all [received light in a single pass at normal incidence] / [light in a visible spectrum traversing through the active layer in a single pass]"

**9.**    "focal area[s]" / "effective focal area"

**10.**    "light coupling area"

The parties identify Term Nos. 1, 2, 3, 4, and 8, and 10 as potentially case or claim-dispositive. SVV disputes ASUSTeK's proposed constructions and indefiniteness positions. The parties additionally identify terms that may warrant construction in Section II of Exhibit B.

**V.**    **LENGTH OF CLAIM CONSTRUCTION HEARING (Patent L.R. 4-3(d))**

Plaintiff's position is that the claim construction hearing will require 60 minutes per party, for a total of 2 hours.

Defendants' position is that the claim construction hearing will require 90 minutes per party, for a total of 3 hours.

## VI.    WITNESSES (Patent L.R. 4-3(e))

The parties shall not be calling witnesses.

## VII.    FACTUAL FINDINGS (Patent L.R. 4-3(f))

No factual findings are requested.

DATED: May 27, 2026

Respectfully submitted,

By: */s/ Robert Katz*

By: */s/ Mark C. Lang*

Nicolas S. Gikkas
nsg@gikkaslaw.com
**THE GIKKAS LAW FIRM, P.C.**
800 W. El Camino Real, Suite 180
Mountain View, California 94040
Telephone:  650-815-7085
Fax:  650-618-2600

Robert Katz (admitted *pro hac vice*)
rkatz@katzfirm.com
**KATZ PLLC**
8350 N. Central Expy, Ste 1900
Dallas, Texas 75206
Telephone:  214-865-8000
Fax:  888-231-5775

*Attorneys for Plaintiff*
*SVV Technology Innovations Inc.*

Phillip J. Haack
phaak@martonribera.com
**MARTON RIBERA SCHUMANN &**
**CHANG LLP**
548 Market St., Ste 36117
San Francisco, CA 94104
Telephone: 415-360-2511

Eric A. Buresh
eric.buresh@eriseip.com
Michelle L. Marriott
michelle.marriott@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Mark C. Lang
mark.lang@eriseip.com
Nickolas R. Apel
nick.apel@eriseip.com
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone:  913-777-5600
Fax: 913-777-5601

*Attorneys for Defendant*
*ASUSTeK Computer Inc.*