**Exhibit A**

**Agreed Constructions**

| Ref. | Claim Terms, Phrases, or Clauses for Construction | Referenced Patents/Claims | Agreed Construction |
|---|---|---|---|
| 1. | "TIR" or "total internal reflection" | '397: 1<br>'342: 1, 22, 24<br>'088: 26<br>'089: 14<br>'306: 18, 27<br>'7562: 1, 14<br>'135: 1, 5, 6, 24<br>RE'630: 17, 25 | "the phenomenon that involves the reflection of all the incident light off the boundary between a first medium and a second medium of lower refractive index, when the angle of incidence to the second medium exceeds the critical angle" |
| 2. | optically coupled / optically coupling | '342: 1<br>'7562: 1, 14<br>'135: 1 | "providing for transfer of light from one optical component to another" |
| 3. | retroreflect / retroreflect[ive] | '397: 1, 19 | "reflecting light so that the paths of the reflected rays are parallel to those of the incident rays" |
| 4. | corrugated | '397: 1, 14, 19<br>'7562: 10 | "shaped into alternating ridges and grooves" |
| 5. | "cavity" / "cavities" | '306: 1, 2, 30<br>'135: 6 | Plain and ordinary meaning. |
| 6. | "discrete protrusion" | '306: 20, 21, 23, 24 | Plain and ordinary meaning. |
| 7. | "focal plane" | '342: 20<br>'306: 1, 20, 33 | "a plane that is perpendicular to the optical axis of a lens or mirror and passes through the focus" |
| 8. | Whether '088 Patent (claims 1, 3, 7, 8, 10-12, 18-19, 21-22, 24-26) and '089 Patent (claims 1, 2, 4-5, 7-10, 12-14, 16-20) preambles are limiting | '088: 26<br>'089: 14, 17-20 | Preambles not limiting |