# Exhibit B

**Disputed Constructions and Patent L.R. 4-3(b) Support[1]**

**I. Ten Most Critical Disputed Terms**

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| 1 | Claims as a whole. [Proposed by ASUSTeK] | '197 Patent (All Claims); '340 Patent (All Claims); '621 Patent (All Claims) | **Proposed Construction:** Not limited<br><br>**Intrinsic Support:**<br><br>Claim language of the '197, '340, and '621 Patents, including claim 1 of the '197 Patent, which requires light coupled to the planar sheet but does not recite a face-lit limitation or exclude edge-lit illumination.<br><br>Dkt. No. 42-10 ('197 Patent), Claim 1<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶32-35 | The claims read only on face-lit illumination systems, and methods of making the same, and not edge-lit illumination systems<br><br>Intrinsic Evidence<br>Dkt. No. 38-13 (Ex. 11, '197 Patent), 1:49-53, 1:63-2:20, 2:21-24, 2:29-31, 2:42-51, 2:52-67, 5:1-67, 6:1-9,7:44-45, 7:51-56, 8:1-8, 8:14-23, 12:12-14, 12:31-38, 28:27-28, 30:23-28, Figs. 1-16 |
| 2 | Claims as a whole. [Proposed by ASUSTeK] | '088 Patent (All Claims); '089 Patent (All Claims); '157 Patent (All Claims); '475 Patent (All Claims); '951 Patent (All Claims); '306 Patent (All Claims) | **Proposed Construction:** Not limited<br><br>**Intrinsic Support:**<br><br>Claim language of the '088, '089, '157, '475, '951, and '306 Patents. SVV relies on the absence of claim language limiting the claims to light | The claims read only on light trapping/collecting systems and not illumination systems.<br><br>Intrinsic Evidence<br>Dkt. No. 38-3 (Ex. 1, '088 Patent), Title, Abstract, 1:47-55, 1:59-67, 2:10-36, 2:63-67, 3:4-16, 3:22-30, |

[1] Defendants object to Plaintiff's inclusion in this chart of "Intrinsic Support" that outlines Plaintiff's argument as this type of information is not contemplated by Patent L.R. 4-3.

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | | trapping/collecting systems and on specification disclosures, including the '306 Patent specification's discussion of an improved optical structure usable with light harvesting devices and capable of efficient light trapping with minimal energy loss. Dkt. Nos. 42-5 ('088 Patent), 42-6 ('089 Patent), 42-7 ('306 Patent), 42-15 ('157 Patent), 42-18 ('475 Patent), and 42-19 ('951 Patent).<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶ 61-62. | 3:65-67, 14:9-15, 15:1-6, 15:29-38, 16:16-20, 17:22-26, 17:43-46, 17:47-51, 18:6-7, 18:26-31, 18:56-19:9, 19:47-54, 21:22-35, 21:42-46, Figs. 11-18<br><br>'306 Patent, 1:52-62, 1:66-2:13, 2:12-27, 2:31-33, 5:50-60, 12:20-23, 13:9-14, 13:45-46, 13:58, 13:66-14:4, 14:8, 14:36, 14:28-31, 15:16-20, 15:33-37, 15:66-16:3, 16:4-9, 16:39, 16:34-36, 16:52, 17:35-42, 19:42-46, 20:14-20, Figs. 16-22<br><br>Dkt. No. 38-24 (Ex. 22, '791 Patent File History), 11/4/2013 Response to Office Action, pp. 7-9<br><br>Extrinsic Evidence<br>Dkt. No. 38-25 (Ex. 23, '342 Patent File History), 12/28/2016 Response to Office Action, pp. 3-4<br><br>Dkt. No. 38-26 (Ex. 24, '342 Patent File History), 10/15/2017 Response to Office Action, p. 18<br><br>Dkt. No. 38-27 (Ex. 25, '007 Patent File History), 8/8/2015 Response to Office Action, p. 18<br><br>Dkt. No. 38-28 (Ex. 26, '007 Patent File History), 3/10/2015 Response to Office Action, p. 21 |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| 3 | "randomized"; "randomized positions within the two-dimensional pattern"; "randomized two-dimensional pattern"; "the two-dimensional pattern is random or quasi-random" [DROPPED by SVV / originally proposed by both; proposed by ASUSTeK] | '135 Patent (Claim 2); '342 Patent (Claim 1); '085 Patent (Claims 2, 26); '2562 Patent (Claim 4) | **Proposed Construction:** "randomized": placed in positions that do not follow a simple, repeating pattern. It does not require a complete lack of predictability.<br><br>[no construction required if "randomized" is construed]<br><br>"randomized positions": "positions that do not follow a regular or periodic geometric spacing pattern" or "positions that are not fixed in a uniform or regularly repeating arrangement" or "not having a regular, ordered, or periodic pattern, but does not have to be completely random or unpredictable";<br><br>[no construction required if "randomized" is construed]<br><br>"randomized two-dimensional pattern": "two-dimensional arrangement of elements that is not fixed in a uniform or regularly repeating order"<br><br>"quasi-random": A non-repeating arrangement that approximates randomness.<br><br>**Intrinsic Support:** | Indefinite.<br><br><u>Intrinsic Evidence</u><br>Dkt. No. 38-8, ('342 Patent), Claim 1, Fig. 20<br><br>Dkt. No. 38-10, ('135 Patent), Claims 1, 2<br><br>Dkt. No. 38-16, ('085 Patent), 4:9-15, 11:26-32, 24:62-25:4, Fig. 17, Claims 1, 19<br><br>Dkt. No. 38-16 (Ex. 14, '085 Patent), 4:9-15, 11:26-32, 24:62-25:4, Fig. 17<br><br><u>Extrinsic Evidence</u><br>Dkt. No. 43-1 (Declaration of Michael Lebby), ¶¶6-17<br><br>Dkt. No. 38-21 (Ex. 19)<br><br>Dkt. No. 38-22 (Ex. 20)<br><br>Dkt. No. 38-21 (Ex. 21) |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | | Dkt No. 42-4 ('342 Patent), 47:34-36, 30:6-10 <br><br> Dkt No. 42-12 ('085 Patent), 11:26-29 <br><br> **Extrinsic Support:** <br><br> Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶36-45; <br><br> Dkt No. 44-1 (Supplemental Declaration of Julie Bentley), ¶¶6-29; ¶¶23-25 <br><br> Dkt No. 42-26 (T. Ide, et al.) pp. 2-5. <br><br> Dkt No. 42-27 (Dictionary.com definition of "randomize") | |
| 4 | "indirectly in contact with" [Proposed by ASUSTeK] | '085 Patent (Claims 1, 19); '2562 Patent (Claims 1, 18); '093 Patent (Claim 1); '794 Patent (Claims 1, 19, 20) | **Proposed Construction:** Plain and ordinary meaning. <br><br> **Intrinsic Support:** <br><br> Dkt. No. 42-12 ('085 Patent), Abstract, 32:46-51, 34:60-63, FIG. 38, FIG. 39 <br><br> **Extrinsic Support:** <br><br> Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶107-114. | "physically bonded or adhered to." <br><br> Alternatively, indefinite. <br><br> <u>Intrinsic Evidence</u> <br> Dkt. No. 38-14 ('085 Patent), Abstract, 34:11-17, 34:31-45, 35:26-33, 48:41-44, Figs. 37, 39, 58 <br><br> <u>Extrinsic Evidence</u> <br> Dkt. No. 38-1 (Declaration of Michael Lebby), ¶¶71-74 |
| 5 | "quantum dot" [Proposed by SVV] | '088 Patent (Claim 26); '089 Patent (Claims 14, 20); '157 Patent (Claims | **Proposed Construction:** "a very small particle of semiconductor | "a semiconductor nanoparticle confined in all three spatial |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | 1, 14, 15); '475 Patent (Claims 7, 15, 22, 25); '951 Patent (Claims 8, 15, 16) | material whose size determines the color of light it absorbs or emits"<br><br>**Intrinsic Support:**<br><br>SVV relies on the absence of any intrinsic requirement that a quantum dot absorb light only for conversion into electricity. Dkt. No. 42-5 ('088 Patent), claim 26, 11:31–42; Dkt. No. 42-6 ('089 Patent), claims 14, 20; Dkt. No. 42-15 ('157 Patent), claims 1, 14, 15; Dkt. No. 42-18 ('475 Patent), claims 7, 15, 22, 25; Dkt. No. 42-19 ('951 Patent), claims 8, 15, 16.<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley) ¶¶64-70<br><br>Dkt No. 42-30 (McGraw-Hill Dictionary of Scientific and Technical Terms), p.8<br><br>Dkt. No. 42-29 (Livingston), pp. 5-8<br><br>Dkt. No. 42-37 (Pradeep), p.180<br><br>Dkt. No. 42-31 (Reed), p.2<br><br>Dkt. No. 42-28 (Hummel), p.174<br><br>Dkt. No. 42-32 (Schmid), p.22 | dimensions that absorbs light for conversion into electricity"<br><br>Intrinsic Evidence<br>Dkt. No. 38-3 (Ex. 1, '088 Patent), 8:12-18, 10:48-52, 10:58-62, 11:31-42, 15:29-33, 16:16-20, 16:46-51, 21:28-35<br><br>Extrinsic Evidence<br>Dkt. No. 38-1 (Declaration of Michael Lebby), ¶41<br><br>Dkt. No. 38-29 (Ex. 27)<br><br>Dkt. No. 38-30 (Ex. 28)<br><br>Dkt. No. 38-31 (Ex. 29)<br><br>Dkt. No. 38-32 (Ex. 30)<br><br>Dkt. No. 38-33 (Ex. 31) |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| 6 | "band gap" / "bandgap" [Proposed by SVV] | '088 Patent (Claim 26); '089 Patent (Claim 20); '157 Patent (Claims 1, 14); '475 Patent (Claims 1, 14); '951 Patent (Claims 1, 17) | **Proposed Construction:** "the energy threshold of a semiconductor material that determines the color (wavelength) of light it absorbs and/or emits"<br><br>**Intrinsic Support:**<br><br>Dkt. No. 42-5 ('088 Patent), 11:17-21<br><br>Dkt. No. 42-6 ('089 Patent), Claim 20<br><br>Dkt. No. 42-15 ('157 Patent), Claim 1<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley) ¶¶71-85<br><br>Dkt. No. 44-1 (Supplemental Declaration of Julie Bentley) ¶¶30-33<br><br>Dkt No. 42-30 (McGraw-Hill Dictionary of Scientific and Technical Terms), p.5<br><br>Dkt. No. 42-28 (Hummel), p.134<br><br>Dkt. No. 42-29 (Livingston), pp. 5-8<br><br>Dkt. No. 42-34 (Duan), pp. 7-8.<br><br>Dkt. No. 42-32 (Schmid), p. 22<br><br>Dkt. No. 42-22 (Parak), p.9 | "the energy difference between the valence band and the conduction band of a semiconductor, representing the minimum energy required to excite an electron so that it can conduct electricity"<br><br>Intrinsic Evidence<br>Dkt. No. 38-3 (Ex. 1, '088 Patent), 2:1-4, 8:12-18, 8:49-54, 10:58-62, 11:3-7, 11:13-30, 15:16-18, 15:29-33, 20:8-14<br><br>Extrinsic Evidence<br>Dkt. No. 38-34 (Ex. 32)<br><br>Dkt. No. 38-35 (Ex. 33)<br><br>Dkt. No. 38-36 (Ex. 34)<br><br>Dkt. No. 38-37 (Ex. 35) |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| 7 | "configured to" / "configured for" [Proposed by ASUSTeK] | '135 Patent (Claims 1, 5, 6, 11); '342 Patent (Claims 1, 3, 7, 9, 13, 15, 24, 25, 29, 33); '7562 Patent (Claims 1, 6, 7, 8, 13, 14, 19, 20); '306 Patent (Claims 2, 17, 18, 19, 21, 27, 28, 38); '089 Patent (Claims 14, 18, 19); '157 Patent (Claims 1, 9, 14); '475 Patent (Claims 1, 9, 14, 22, 25); '088 Patent (Claim 26); '951 Patent (Claims 1, 17, 18); '085 Patent (Claims 1, 19); '2562 Patent (Claims 1, 3, 4, 18); '794 Patent (Claims 1, 11, 17, 19, 20); '093 Patent (Claims 1, 12); '197 Patent (Claims 1, 3, 4); '340 Patent (Claims 1, 11, 14); '621 Patent (Claims 1, 19, 25, 26); '397 Patent (Claims 1, 19); RE'630 Patent (Claims 17, 18, 25) | **Proposed Construction:** Plain and ordinary meaning. Alternatively, "capable of"<br><br>**Intrinsic Support:**<br><br>Claim language using "configured to" and "configured for" throughout the asserted patents. SVV relies on the absence of intrinsic language requiring proof that the accused structures were specifically made with design intent, as opposed to being capable of performing the claimed function. | "specifically made to / for … not merely capable of …"<br><br>Intrinsic Evidence<br>Dkt. No. 38-43 (Ex. 41, RE 492 File History, 12/6/2019 Response After Final), pp. 7-8<br><br>Dkt. No. 38-44 (Ex. 42, RE 492 File History, 3/9/2020 Appeal Br.), pp. 14, 21-22<br><br>Dkt. No. 38-45 (Ex. 43, 6/9/2020 Reply Br.), pp. 13 |
| 8 | "wherein [the]/[a] thickness of the [photoresponsive]/[active] layer is less than a minimum thickness sufficient for absorbing substantially all [received | '089 Patent (Claims 14, 20); '157 Patent (Claims 1, 14); '475 Patent (Claims 1, 14); '088 Patent (Claim 26); '951 Patent (Claims 1, 17, 18) | **Proposed Construction:** Plain and ordinary meaning.<br><br>**Intrinsic Support:**<br><br>Claim language providing the objective frame of reference: the | "absorbing" means "to take in light energy and produce electrical energy (e.g., charge carriers and/or electrical current) from it."<br><br>Alternatively, Indefinite. |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | light in a single pass at normal incidence]/[light in a visible spectrum traversing through the active layer in a single pass]" [Proposed by ASUSTeK] | | claimed layer is thinner than a minimum thickness sufficient for absorbing substantially all received light in a single pass. SVV relies on the claim language's reference to the conventional single-pass layer the invention improves upon, and on the absence of intrinsic support for limiting 'absorbing' to generating electrical energy. Dkt. No. 42-5 ('088 Patent), Claim 12, Claim 13, Claim 14, 12:8-18. Dkt. No. 42-6 ('089 Patent), Claim 14  **Extrinsic Support:**  Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶94-95  Dkt. No. 44-1 (Supplemental Declaration of Julie Bentley), ¶¶34-37  **Other Authority:**  Dkt. No. 42-24 (Claim Construction Order), p.2  Dkt. No. 42-21 (Join Claim Construction Statement), p.2 | Intrinsic Evidence '088 Patent, 1:51-55, 1:59-67, 1:63-2:44, 2:63-3:3, 3:8-16, 8:33-54, 8:12-15, 8:33-54, 8:58-61, 10:48-52, 11:3-7, 11:17-26, 11:31-42, 12:8-17, 15:16-18, 15:29-38, 16:17-21, 16:46-51, 16:62-17:3, 21:28-35  Extrinsic Evidence Dkt. No. 38-1 (Declaration of Dr. Michael Lebby), ¶¶36-51 |
| 9 | "focal area[s]" / "effective focal area" [Originally proposed by both; DROPPED by ASUSTeK] | '342 Patent (Claims 6, 10, 23); '7562 Patent (Claim 5); '342 Patent (Claim 23) | **Proposed Construction:** "focal area": "an area where light rays would converge if a lens is illuminated by a beam of light, and may include areas | focal area: Plain and ordinary meaning. |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | | at a relatively small distance from the 'ideal' focus of the lens" <br><br> "effective focal area": "the resulting focal area obtained when a given material occupies the space between the lens and the focal plane" <br><br> **Intrinsic Support:** <br><br> Dkt. No. 42-4 ('342 Patent), 14:3-12, 14:19-30 <br><br> Dkt. No. 42-8 ('7562 Patent), 37:30-40, 14:29-35 <br><br> **Extrinsic Support:** <br><br> Dkt. No. 42-1 (Declaration of Julie Bentley) ¶¶135-139 | Alternatively, "an area where light rays would converge if a lens is illuminated by a beam of light" <br><br> effective focal area: "the focal area of a lens in a given material that is not air" <br><br> Intrinsic Evidence <br> Dkt. No. 38-8 ('342 Patent), 14:3-12, 14:23-30, 37:23-38, 37:43-48, Claim 1 <br><br> Dkt. No. 38-9 ('7562 Patent), Claim 1 |
| 10 | "light coupling area" [Proposed by both] | '621 Patent (Claims 1, 2, 3, 17, 19, 26); '340 Patent (Claims 1, 2, 11, 14); '197 Patent (Claims 3, 4) | **Proposed Construction:** "an area of the optically transmissive sheet that receives and conditions external light" <br><br> **Intrinsic Support:** <br><br> Claim language, including claims reciting a light coupling area at or near a first edge, and intrinsic usage of "light coupling area" in the '197, '340, and '621 Patents. SVV relies on the absence of intrinsic support for ASUSTeK's surface-based limitation. <br><br> Dkt. No. 42-16 ('621 Patent), Claim 1 | "an area of the first or second broad-area surface that receives and conditions external light" <br><br> Intrinsic Evidence <br> Dkt. No. 38-13 (Ex. 11, '197 Patent), 1:49-53, 2:52-57, 6:58-62, 7:44-45, 8:1-8, 8:19-23, 9:14-18, 13:12-20, 15:13-34, 16:6-17, 17:27-44, 18:60-19:1, 21:26-32, 21:47-51, 22:38-46, 23:5-8, 23:36-40, 24:5-15, 25:5-12, 25:43-46, 27:6-21, 28:10-13, 28:58-64, 29:6-8, 29:43-47, Figs. 1-14, 16-17 |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|------|------|------|------|------|
| | | | Dkt. No. 42-11 ('340 Patent), Claim 1<br><br>Dkt. No. 42-17 ('794 Patent), FIG. 4, FIG. 8, FIG. 46<br><br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶51-57<br><br>**Other Authority:**<br><br>Dkt. No. 42-38 (Claim Construction Order) | |

## II. Additional Terms That May Warrant Construction Later

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|------|------|------|------|------|
| 11 | "light coupling element" [Proposed by ASUSTeK] | '197 Patent (Claim 1); '340 Patent (Claims 2, 3); '621 Patent (Claims 3, 4) | **Proposed Construction:** Plain and ordinary meaning. Alternatively, "an optical structure designed to facilitate transfer of light between distinct optical components (e.g., from a light source such as LED to a waveguide)."<br><br>**Intrinsic Support:**<br><br>Dkt. No. 42-11 ('340 Patent), Claim 2<br><br>Dkt. No. 42-16 ('621 Patent), Claim 2 | "an optical structure, distinct from the side-emitting LED packages and the optically transmissive material/sheet, designed to facilitate transfer of light between those two components"<br><br>Intrinsic Evidence<br>Dkt. No. 38-13 (Ex. 11, '197 Patent), 2:24-28, 3:1-4, 8:23-26, 8:23-29, 12:33-38, 12:46-48, 13:18-20, 14:35-37, 19:5-8, 24:19-22, 28:16-17, 29:30-32, Figs. 1-14, 16-17, Claim 1 |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | | Dkt. No. 42-10 ('197 Patent), 17:27-30; 20:56-60, FIG. 5<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶46-53 | |
| 12 | "receive light" [Proposed by ASUSTeK] | '135 Patent (Claim 1); '7562 Patent (Claims 14, 20); '306 Patent (Claim 17) | **Proposed Construction:** Plain and ordinary meaning.<br><br>**Intrinsic Support:**<br><br>Claim language showing that the same object may receive light at more than one location. See Dkt. No. 42-9 ('135 Patent), claim 1; Dkt. No. 42-8 ('7562 Patent), claims 14 and 20; Dkt. No. 42-7 ('306 Patent), claim 17. SVV also relies on the Ghosh prosecution history, which SVV contends distinguished external light entry from internal reflection and did not disclaim claim scope allowing another surface to also receive light. See Dkt. No. 38-27 (Ex. 25, '007 Patent File History, 8/8/2015 Office Action Response), p. 17; Dkt. No. 38-40 (Ex. 38, '007 Patent File History, 8/27/2014 Response to Office Action), p. 18.<br><br>**Extrinsic Support:** | "the surface first receiving light upon light entrance into an object"<br><br>Intrinsic Evidence<br>Dkt. No. 38-27 (Ex. 25, '007 Patent File History, 8/8/2015 Office Action Response), p. 17<br><br>Dkt. No. 38-40 (Ex. 38, '007 Patent File History, 8/27/2014 Response to Office Action), p. 18 |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | | Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶124-128 | |
| 13 | "planar lens array"; "first microstructured surface has a first plurality of light deflecting surface relief features within a first planar array"; "planar microstructured surface" [Proposed by ASUSTeK] | '342 Patent (Claim 1); '7562 Patent (Claim 14); '135 Patent (Claims 19, 24) | **Proposed Construction:** Plain and ordinary meaning.<br><br>**Intrinsic Support:**<br><br>Claim language and specification usage showing the asserted patents use "planar" for surfaces or objects that may contain three-dimensional, non-planar features. See Dkt. No. 42-4 ('342 Patent), claim 1; Dkt. No. 42-8 ('7562 Patent), claim 14; Dkt. No. 42-9 ('135 Patent), claims 19 and 24. SVV also relies on prosecution statements in the '342 Patent file history concerning Yamashita, which SVV contends were a narrow rebuttal to the Yamashita reference rather than a broad disclaimer. See Dkt. No. 38-25 (Ex. 23, '342 File History, 12/28/2016 Office Action Response), pp. 5–6; Dkt. No. 38-26 (Ex. 24, '342 File History, 10/15/2017 Office Action Response), pp. 14–15; Dkt. No. 38-48 (Ex. 46, '342 File History, 7/14/2016 Office Action Response), p. 2.<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶133-134 | "planar" means "including a flat two dimensional quality"<br><br>Intrinsic Evidence<br>'342 Patent, Figs. 2-14<br><br>Dkt. No. 38-25 (Ex. 23, '342 File History, 12/28/16 Office Action Response), pp. 5-6<br><br>Dkt. No. 38-26 (Ex. 24, '342 File History), 10/15/2017 Office Action Response, pp. 14-15<br><br>Dkt. No. 38-48 (Ex. 46, '342 File History, 7/14/2016 Office Action Response), p. 2 |

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | | | |
| 14 | light trapping [optical] structure [Proposed by ASUSTeK] | '089 Patent (Claim 20); '157 Patent (Claim 9); '475 Patent (Claims 9, 22, 25); '951 Patent (Claims 1, 3, 17, 18) | **Proposed Construction:** Plain and ordinary meaning.<br><br>**Intrinsic Support:**<br><br>Claim language using "light trapping [optical] structure," including claim 9 of the '157 Patent, which recites components that "form a light trapping structure configured to provide for multiple transverse light passage through the continuous broad-area photoabsorptive film layer." See Dkt. No. 42-15 ('157 Patent), claim 9. SVV also relies on the specification's discussion of light trapping and confinement causing multiple passages through the photoresponsive/photoabsorptive layer. See Dkt. No. 42-6 ('089 Patent), 21:28–35; Dkt. No. 42-19 ('951 Patent), claims 1, 3, 17, and 18; Dkt. No. 42-18 ('475 Patent), claims 9, 22, and 25.<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶86-93 | "a structure that captures received light"<br><br><u>Intrinsic Evidence</u><br>Dkt. No. 38-3 (Ex. 1, '088 Patent), Abstract, 2:10-3:7, 15:1-6, 16:16-20, 17:22-26, 17:43-46, 17:47-51, 18:6-7, 18:26-31, 18:56-19:9, 19:47-54, 21:28-40, 21:42-46, Figs. 3, 11-18 |
| 15 | "linear grooves" [Proposed by ASUSTeK] | '157 Patent (Claims 1, 14); '475 Patent (Claims 1, 14); '088 Patent | **Proposed Construction:** Plain and ordinary meaning.<br><br>**Intrinsic Support:** | "long, narrow cuts, channels or depressions in an otherwise smooth surface, as opposed to a corrugated surface" |

13

| Ref. | Claim Terms / Phrases / Clauses | Referenced Patents / Claims | Plaintiff SVV's Proposed Construction and Support | Defendant ASUSTeK's Proposed Construction and Support |
|---|---|---|---|---|
| | | (Claim 26); '951 Patent (Claims 1, 17, 18) | Dkt. No. 42-19 ('951 Patent), Claim 1, 17, 18.<br><br>Dkt. No. 42-5 ('088 Patent), 8:33-47, FIG. 2<br><br>**Extrinsic Support:**<br><br>Dkt. No. 42-1 (Declaration of Julie Bentley), ¶¶98-106<br><br>**Other Authority:**<br><br>Dkt. No. 42-21 (Joint Claim Construction Statement), p.4<br><br>Dkt. No. 42-24 (Claim Construction Order), p.4 | Intrinsic Evidence<br>Dkt. No. 38-3 (Ex. 1, '088 Patent), 6:61-63, 8:33-47, 12:24-27, 12:38-65, 13:27-29, 13:52-62, 14:26-28, Figs. 1, 3, 7, 11-18.<br><br>Extrinsic Evidence<br>Dkt. No. 38-27 (Ex. 25, '007 Patent File History, 8/8/2015 Response to Office Action), p. 23<br><br>Dkt. No. 38-39 (Ex. 37 ('826 Patent File History), 8/9/2014 Response to Office Action, p. 6<br><br>Dkt. No. 38-40 (Ex. 38, '007 Patent File History, 8/27/2014 Response to Office Action), p. 20-21<br><br>Dkt. No. 38-41 (Ex. 39)<br><br>Dkt. No. 38-42 (Ex. 40) |