Nicolas S. Gikkas
nsg@gikkaslaw.com
THE GIKKAS LAW FIRM, P.C.
800 W. El Camino Real, Suite 180
Mountain View, California 94040
Telephone:  650-815-7085
Fax:  650-618-2600

Robert Katz (admitted *pro hac vice*)
rkatz@katzfirm.com
Katz PLLC
8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206
Telephone:  214-865-8000
Fax:  888-231-5775

Attorneys for Plaintiff
SVV TECHNOLOGY INNOVATIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ASUSTEK COMPUTER INC. and ASUSTEK COMPUTER INTERNATIONAL, INC.,**<br><br>Defendant. | Case No. 25-cv-10828-HSG<br>25-cv-10923-HSG<br>25-cv-10925-HSG<br><br>**PLAINTIFF'S NOTICE OF DISMISSED CLAIMS** |

Plaintiff SVV Technology Innovations, Inc. hereby provides **NOTICE** that it dismisses with prejudice the following patents and claims as to the accused products in the above-styled cases.

U.S. Patent No. 9,880,342:     All claims

U.S. Patent No. 10,838,135:     Claim 2

U.S. Patent No. 11,194,085:     Claims 2, 26, 32

U.S. Patent No. 11,402,562:     Claim 4

Plaintiff also provides **NOTICE** that dropping the patents and claims above **MOOTS** the Court's need to construe the "randomness" terms[1] in its *Markman* opinion or decide indefiniteness for the above-referenced dropped patents and claims.

Respectfully submitted,

Dated:  June 18, 2026                **KATZ PLLC**

By:  */s/ Robert D. Katz*
_____
Robert D. Katz

Attorneys for Plaintiff
SVV TECHNOLOGY
INNOVATIONS INC.

_____

[1] Identified as Reference 3 in Ex. B of the parties' Patent L.R. 4-3 disclosures.

PLAINTIFF'S NOTICE OF DISMISSED CLAIMS                                    1