# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SVV TECHNOLOGY INNOVATIONS INC.,

Plaintiff,

vs.

ASUSTEK COMPUTER INC., and ASUS
COMPUTER INTERNATIONAL, INC.

Defendant.

Case No. 4:25-cv-10828-HSG
Case No. 4:25-cv-10923-HSG
Case No. 4:25-cv-10925-HSG

**STIPULATION AND ORDER TO EXTEND P.L.R. 3-8 AND 3-9 DISCLOSURES**

**CIV. L. R. 6-2, 7-12**

Good cause appearing therefor, the Parties' Stipulated Request to Extend the P.L.R. 3-8 and 3-9 Disclosure Deadlines is hereby GRANTED.

The P.L.R. 3-8 disclosures deadline is extended from July 10, 2026 to July 24, 2026, and the P.L.R. 3-9 disclosures deadline is extended from August 7, 2026 to August 21, 2026.

IT IS SO ORDERED.

Dated: 7/6/2026

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge