**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SVV TECHNOLOGY INNOVATIONS INC.,
Plaintiff,
vs.
ASUSTEK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL, INC.
Defendant.

Case No. 4:25-cv-10828-HSG
Case No. 4:25-cv-10923-HSG
Case No. 4:25-cv-10925-HSG

**STIPULATION AND ORDER TO EXTEND P.L.R. 3-9 DISCLOSURES**

**CIV. L. R. 6-2, 7-12**

Good cause appearing therefor, the Parties' Stipulated Request to Extend the P.L.R. 3-9 Disclosure Deadlines is hereby GRANTED.

The P.L.R. 3-9 disclosures deadline is extended from August 21, 2026 to August 25, 2026.

IT IS SO ORDERED.

Dated: 8/24/2026

Haywood S. Gilliam, Jr.
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge